UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSICA WINGO,

        Plaintiff,

    v.

H&M HENNES & MAURITZ, L.P.,

        Defendant.

Case No. 21-cv-09000-PJH

**ORDER GRANTING MOTION TO STAY**

Re: Dkt. Nos. 13, 13-2

Defendant's motion to dismiss or, in the alternative, stay came on for hearing before this court on January 27, 2022. Plaintiff appeared through her counsel, Deanna Leifer. Defendant appeared through its counsel, Andrew Satenberg. Having read the papers filed by the parties and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby GRANTS defendant's motion to stay for the following reasons.

This matter is one of two class action lawsuits brought against defendant for alleged violations of California wage-and-hour laws. The other matter in question is Gonzalez v. H&M Hennes & Mauritz L.P. et al, Case No. 21-cv-0161 ("Gonzalez"), which is proceeding before the U.S. District Court in the Central District of California. Rather than litigate two similar cases, defendant seeks to dismiss, or stay, this lawsuit pursuant to the first-to-file rule. Dkt. 13.

The first-to-file rule "may be invoked when a complaint involving the same parties and issues has already been filed in another district." Alltrade, Inc. v. Uniweld Products, Inc., 946 F.2d 622, 625 (9th Cir. 1991) (internal quotation marks omitted). A court considers the "chronology of the lawsuits, similarity of the parties, and similarity of the

issues" in determining whether to apply the first-to-file rule. Kohn Law Grp., Inc. v. Auto Parts Mfg. Miss., Inc., 787 F.3d 1237, 1240 (9th Cir. 2015).

All three considerations favor application of the first-to-file rule in this instance. First, it is undisputed that Gonzalez was filed about eight weeks before this lawsuit. Second, the broad proposed class in Gonzalez encompasses the narrower proposed class in this lawsuit. Third, both lawsuits raise the same state labor law claims.

Where the first-to-file rule applies, the court "has discretion to transfer, stay, or dismiss the second case in the interest of efficiency and judicial economy." Cedars-Sinai Med. Ctr. v. Shalala, 125 F.3d 765, 769 (9th Cir. 1997). Dismissal under the "first-to-file rule is improper if it would prejudice the plaintiff in the second-filed case from presenting its claims in either the first-filed case or a later case." Dolores Press, Inc. v. Robinson, 766 F. App'x 449, 453–54 (9th Cir. 2019). Because of the potential for prejudice against plaintiff, the court finds dismissal an inappropriate remedy here.

For the foregoing reasons, the court hereby GRANTS defendant's alternative motion to stay and GRANTS defendant's request for judicial notice (Dkt. 13-2).

**IT IS SO ORDERED.**

Dated: January 28, 2022

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge