UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA WINGO,<br><br>    Plaintiff,<br><br>    v.<br><br>H&M HENNES & MAURITZ, L.P.,<br><br>    Defendant. | Case No. 21-cv-09000-PJH<br><br>**ORDER REQUIRING STATUS REPORT**<br><br>Re: Dkt. No. 23 |

On January 28, 2022, the court entered an order staying this case pursuant to the first-to-file rule. On February 22, 2024, and April 8, 2025, the parties filed statements reporting the status of the first-filed case.

No later than **November 7, 2025**, the parties shall file a further status report updating the court of the status of the case.

**IT IS SO ORDERED.**

Dated: October 27, 2025

                                    /s/ *Phyllis J. Hamilton*
                                PHYLLIS J. HAMILTON
                                United States District Judge