UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA WINGO,<br><br>       Plaintiff,<br><br>    v.<br><br>H&M HENNES & MAURITZ, L.P.,<br><br>       Defendant. | Case No. 21-cv-09000-PJH<br><br>**ORDER RE FURTHER STATUS REPORT**<br><br>Re: Dkt. No. 29 |

On January 28, 2022, the court entered an order staying this case pursuant to the first-to-file rule. On November 4, 2025, the parties filed a joint status report advising the court that the first-filed matter is scheduled for its final approval hearing on December 19, 2025, and proposing that a further status report be filed after the final approval hearing. See Dkt. 29.

No later than **February 2, 2026**, the parties shall file a further status report updating the court of the status of the case.

**IT IS SO ORDERED.**

Dated: November 10, 2025

                              /s/ *Phyllis J. Hamilton*
                             PHYLLIS J. HAMILTON
                             United States District Judge