UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSICA WINGO,

        Plaintiff,

    v.

H&M HENNES & MAURITZ, L.P.,

        Defendant.

Case No.  21-cv-09000-PJH

**ORDER LIFTING STAY**

Re: Dkt. No. 23

On January 28, 2022, the court entered an order staying this case pursuant to the first-to-file rule.  On February 2, 2026, the parties filed a joint status report indicating that the first-filed case had settled and that plaintiff had opted out of the settlement.  See Dkt. 31.  Thus, the parties state that they are "prepared to proceed with their efforts to negotiate an individual settlement of Plaintiff's claims."  See id.

Plaintiff requests that the stay be lifted at this time, while defendant requests a continuance of 30-45 days to finalize negotiations.

Given the amount of time that this case has already been pending, the court hereby LIFTS the stay and sets a case management conference for **March 19, 2026** at 1:30pm via Zoom teleconference.  Further details will be provided by Clerk's Notice.

    **IT IS SO ORDERED.**

Dated: February 4, 2026

           /s/ *Phyllis J. Hamilton*
           PHYLLIS J. HAMILTON
           United States District Judge

United States District Court
Northern District of California